# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 19, 2018

Stephen J. Markman,
Chief Justice

158711(89)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

TUDOR INSURANCE COMPANY,
        Plaintiff/Counterdefendant/
        Cross-Defendant-Appellee,

and

CARMEN OTERO, by Guardian WANDA RUIZ,
        Intervening Plaintiff/Cross-Plaintiff-
        Appellant,

v

PM SERVICES, INC., formerly known as
ALTMAN MANAGEMENT COMPANY,
        Defendant/Counterplaintiff/
        Cross-Plaintiff,

and

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURG, PA,
        Defendant/Cross-Defendant-
        Appellee.
_____/

SC: 158711
COA: 335841
Wayne CC: 13-010270-CK

On order of the Chief Justice, the motion of plaintiff-appellee Tudor Insurance Company to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before January 28, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 19, 2018           

Clerk